IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| DAVID LORENZA JOYNER, #1230707 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-06-728 |
| | § | |
| THOMAS A. DAVIS, JR., ET AL. | § | |

## OPINION AND ORDER

Before the Court is the " Motion and Affidavit for Mandatory Disqualification/Recusal of Judge Kent and Magistrate Froeschner" filed by Plaintiff, David L. Joyner, a Texas prisoner.

In his Motion, Joyner makes unsupported and false accusations of personal and financial interests of the District Court Judge and Magistrate Judge in this civil rights case which cannot warrant disqualification or recusal. See United States v. Gregory, 656 F.2d 1132, 1137 (5th Cir. 1981)   Joyner further complains of what he perceives to be unfavorable judicial rulings in this case, however, judicial rulings alone do not provide a sufficient basis for the relief he seeks. See United States v. Grinnell, 384 U.S. 563, 583 (1966)

For the foregoing reasons, it is the **ORDER** of this Court that Joyner's " Motion and Affidavit for Mandatory Disqualification/Recusal of Judge Kent and Magistrate Froeschner" (Instrument no. 8) is **DENIED**.

**DONE** at Galveston, Texas, this 20th day of March, 2007.

Samuel B. Kent
United States District Judge