IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| DAVID LORENZA JOYNER, #1230707 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-06-728 |
| | § | |
| THOMAS A. DAVIS, JR., ET AL. | § | |

**OPINION AND ORDER**

Before the Court is the "Petition for Writ of Habeas Corpus/Coram Nobis Challenging the Constitutionality of 28 USCA Sec. 1915(g) and the Court's Orders Enforcing It as a Criminal Sanction" filed by Plaintiff, David L. Joyner, a Texas prisoner; the Court will treat the Petition as a Motion to Proceed In Forma Pauperis.

In his "Motion" Joyner argues that § 1915(g) is unconstitutional because it impedes his right of access to the Courts by conditioning his filing of a lawsuit upon payment of the filing fee. This issue has been specifically addressed and rejected in <u>Carson v. Johnson</u>, 112 F.3d 818, 821-822 (5th Cir. 1997), and is, therefore, the prevailing law in the Fifth Circuit. Since Fifth Circuit authority controls the decision making of this United States District Court, Joyner's Motion must be denied.

It is, therefore, the **ORDER** of this Court that Joyner's Request to Proceed In Forma Pauperis in contravention of § 1915(g) is **DENIED**.

**DONE** at Galveston, Texas, this 20th day of March, 2007.

_____
Samuel B. Kent
United States District Judge