IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| DAVID LORENZA JOYNER, #1230707 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-06-728 |
| | § | |
| THOMAS A. DAVIS, JR., ET AL. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order of Dismissal of even date herewith, it is **ORDERED** and **ADJUDGED** that Plaintiff, David Lorenza Joyner, take nothing as to his federal law claims and that those claims be **DISMISSED with prejudice**.

It is further **ORDERED** and **ADJUDGED** that all state law claims asserted by Joyner are **REMANDED** to the **113th Judicial District Court of Harris County, Texas**.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this 9th day of July, 2007.

_____
Samuel B. Kent
United States District Judge